```
Andrew J. Stunich #197698
BRAGG, PERLMAN, RUSS,
STUNICH & EADS, LLP
1036 Fifth Street, Suite E
P.O. Box 1248
Eureka, CA 95502-1248
Telephone: (707) 442-2927
Fax No.: (707) 443-2747
```

Attorneys for Brencam, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSCOT,<br><br>            Plaintiff,<br><br>      -vs-<br><br>BRENCAM, INC., a California Corporation, dba PAPA MURPHY' PIZZA, SHASTA CROSSROADS II, LLC, a California Limited Liability Company, and Does ONE through FIFTY, inclusive<br><br>            Defendants.<br>_____/ | Case No. 2:10-CV-00231-LKK-EFB<br><br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER RE: DEFENDANT BRENCAM, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiff Marshall Loscot and defendant Brencam, Inc., by and through their respective attorneys of record, hereby stipulate that plaintiff's Complaint shall be dismissed without prejudice. Each party shall bear their own costs and attorney fees.

Nothing in this order is meant to preclude whatever rights plaintiff may have to re-file a complaint regarding the same subject matter in state court.

It is so stipulated:

 /s/Andrew Stunich                                          /s/Jason Singleton

Andrew Stunich for Defendant Brencam, Inc.     Jason Singleton for plaintiff

1   Based on the foregoing stipulation and good cause appearing for the motion to dismiss for
2 lack of subject matter jurisdiction, plaintiff's Complaint is hereby dismissed without prejudice for
3 lack of subject matter jurisdiction and removed from calendar as to the pending motion to dismiss.
4 The parties to this stipulation shall bear their own costs and attorney fees.

6 Dated: March 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT